**E-FILED**
Tuesday, 03 July, 2007  10:40:11 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

JUL 0 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Pam Martin (self)
~~Noreen Elsa Hensley~~            )
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )    Case No. 07-3174
Jankalski, Berni                   )    (Supplied by Clerk)
Illinois State Police              )
+ District 20 + District           )
Sheriff of Union Count 19          )
        Defendant(s).              )

PETITION AND AFFIDAVIT FOR LEAVE
TO PROCEED IN FORMA PAUPERIS

    I, Pam Martin             , plaintiff or
petitioner, move the court for leave to proceed in forma
pauperis in the above-named action.  I declare under
penalty of perjury that the following facts are true:

    1.  I am the party initiating this action and I
believe I am entitled to redress.

    2.  I am unable to prepay the fees and costs of
this proceeding, or to give security, because of my
poverty.

    3.  I am (check one) Single ✓ Married ___
Separated ___ Divorced ___

    4.  My responses to the following questions are
true:

    A.  Are you presently employed in any capacity
including a paying position while incarcerated as an
inmate in a correctional center?
Yes (  )   No ( ✓ )

    B.  If so, by whom, what is your position, and
what is your pay? _____
_____

    C.  If not, when were you last employed and what
was your pay?  This includes prior inmate positions?
_____
_____

1

D.  Have you received money from any other source, including judgments, in the last 12 months?
Yes ( ✓ )    No (    )  If yes, describe each source and state how much you received.

_Public Aid Food Stamps_

E.  If you are presently incarcerated, how much money do you have in your institutional trust fund account? _____

F.  If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.

_None_

G.  How much money do you have in private checking or saving accounts? _None_

H.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (    ) No ( ✓ )

If yes, describe the property and its approximate value: _None_

I.  Do you have any debts or obligations?
Yes ( ✓ ) No (    )

If yes, list the amount owed, to whom, and any current payments that you are making.

_50,000_

J.  List your dependents, state your relationship to them, and state how much you contribute to their support each month.  Also, state how long you have contributed to that support and other means by which your dependents receive support.

_Peggy Predmore, Kevin, Carol, Me_
_Stephanie_

2

K.   Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.

_1981- 2000 - 16,000 year for me & food_

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_Sam Martin_
SIGNATURE

_6-27-07_
DATE

3

CE

(To be complete for prisone
by the prison and not the

        I hereby certify that
in this action has the su
trust account at the corr
confined.   I further cer
petitioner has the follow
according to the records of

_____
_____
_____
_____
_____
_____

                    _____
                    (Title)

                    DATE _____

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH
LEDGER   OF   THE   PLAINTIFF/PETITIONER'S   TRUST   FUND
ACCOUNT.)

4

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

*Pam Martin*
_____
**Plaintiff**                                    )
                                                 )
vs.                                              )
                                                 )
*Illinois State Police*                          )        Case No. *07-3174*
*Manik Ervin*                                    )
*Lowell Chrisman*                                )
*Mike Bradshaw*                                  )
*Larry Conners 4 officers*                       )
*& Distric 9 officers*  **Defendant(s)**         )
*Junior Carnes + Sheriff*
☒  *Mr Stan Staufer*                      **COMPLAINT**
☒  *Mr Busey & Mrs Turnage Mr & Mrs Goldie DeJames*
☐  42 U.S.C. §1983 (suit against state officials for constitutional violations)

28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

Other  *I D Theft, Crime Control Act, Title 4 + 7 Civil*
                                                              *Codes*

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, *Pam Martin*
My current address is: *Po Box ~~329~~ 153 (Box 324 Apt 153*
*Griggsville*                                                    , and states as follows:

The defendant *① Larry Conners*, is employed as *a state Cop*
_____ at *Distric 20 Pittfield*

The defendant *Lowell Chrisma*, is employed as *State Cop*
_____ at *Distric 20 Pittsfield*

The defendant *Mike Bradshaw*, is employed as *Distric 20 Officer*
_____ at *Pittsfield*

The defendant *Manik Ervin*, is employed as *Distric 20 Officer*
_____ at *Pittsfield*

(revised 9/96)

The defendant _District 9_ , is employed as _Police_

at _Springfiel_

Additional defendants and addresses _don't know the officers names in Springfule fat lelonde, clamed to be a fed looked like Jason Kumple & Merf Watlrs also Clames to be a cop and Purple Martin remarks Maud by the Police & The mable Remarks also & Berni Jankalski_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☑        No ☐

If yes, please describe _6 times for federal civl Rights Violations_

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☑        No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.) _thrown out due to political Bias & was refused Counsil & Medical Services,_

1. Parties to previous lawsuit:

Plaintiff(s) _Look on Record in Pittsfield_

Defendant(s) _Illinois State Police_

2. Court (if federal court, give name of district; if state court, give name of county)
_District 8, & Federal Court_

3. Docket Number/Judge _Rosenbery & Waters_

2

## STATEMENT OF CLAIM

Place of the occurrence *Pike County & Springfield Jail*

Date of the occurrence *1988 Sprngfld 200 in Illfld*

Witnesses to the occurrence *yes )*

State here briefly the FACTS that support your case.  Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.  Unrelated claims
should be raised in a separate civil action.
  THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

have Copies at Court allready
and bragging about putting my brain
in a dog body for drug money
and police enpluence for rumples
pleasure!

Pam Martin

and bragging about putting my brain
in a dog body and hurting people for
drug money now tell me Manis
and Rumple + Conners + Bragging
about Not fileing Suit for Drugs
and Rumples New brain and
I want my Nursing leince back
from Rumple Ville + I want Golde
and Hershall + Smarts in Nut Ward.

4

Will Not giveup lawsuits for
Your dopeep under Covers
Manik + Rumple + Conners
a Want my real looks (back)
last thing I remember is going
for a Sonagram at Hospital and
willfile begin Wheather you
like it or not

Pam Martin

Request 50 mill. for My
family + ~~~~~~~~~~~~~~~~~~~~
~~~~~~
Restore My looks or Iwell file
on You again Rumple + Conners
and Erions

Pam Martin

Thought You said Meds agaus will
Wasa felony. I thought Schooch was a
a nark Bust Me Narks

Pammy Martin

5

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**JURY DEMAND**          Yes  ☒                    No  ☐

Signed this *Pam Martin* day of ___ *July* ___, ~~19~~ 2007 .

*Pam Martin*

( *Signature of Plaintiff* )

POBox 153, Griggsville Il 62340

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

6