# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**PAM MARTIN**

vs.                                            Case Number:  **07-3174**

**ILLINOIS STATE POLICE, ET AL.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**   **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Plaintiff's IFP Motion is DENIED.  The Court sua sponte DISMISSES Plaintiff Martin's Complaint.  **Case Closed**.

ENTER this 9th day of July, 2007

s/  John M. Waters
JOHN M. WATERS, CLERK


_____s/  G. Utsinger_____
BY:  DEPUTY CLERK